Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (SBN 222,228)
Matt.bellinger@knobbe.com
Forrest M. McClellen (SBN 316,845)
Forrest.mcclellen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Cheryl A. Cauley (SBN 252262)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
Email: ccauley@taylorpatchen.com

Attorneys for Defendant
GEARLAUNCH, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> GEARLAUNCH, INC, <br><br> Defendant. | Case No. 5:18cv01489 <br><br> **STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41 (a)(1)(A)(ii)** <br><br> Hon. Fernando M. Olguin |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Monster Energy Company ("Monster") and Defendant GearLaunch, Inc. hereby stipulate to the dismissal with prejudice of the claims asserted in this action in Monster's Complaint.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  October 5, 2018        By:  */s/ Matthew S. Bellinger*
                                    Matthew S. Bellinger

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY

TAYLOR & PATCHEN, LLP

Dated:  October 5, 2018        By: */s/ Cheryl A. Cauley (with permission)*
                                    Cheryl A. Cauley

Attorneys for Defendant,
GEARLAUNCH, INC.

29135338

-1-